IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUIGI FRANCIS ROSSI, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:19-CV-56-LY |
| DELTA AIR LINES INC., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause without prejudice. Accordingly,

**IT IS ORDERED** that Defendant Delta Air Lines, Inc.'s Motion to Dismiss filed May 3, 2019 (Dkt. No. 4) is **DISMISSED**.

As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___3rd___ day of June, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE